**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Godwin Sunday EDUKERE, Defendant–Appellant.**

**No. 03–50413.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Daniel S. Linhardt, Office of the U.S. Attorney, Sacramento, CA, Levi Reuben Uku, Esq., Law Offices of Levi Reuben Uku, Los Angeles, CA, Defendant–Appellant.

Before: T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM **

Godwin Sunday Edukere appeals his jury trial conviction and 33–month sentence for health care fraud, in violation of 18 U.S.C. § 1347. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Edukere's contention regarding ineffective assistance of trial counsel is inappropriate for resolution on direct appeal, we decline to review it. *See United States v. Daychild,* 357 F.3d 1082, 1095 (9th Cir.2004).

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**CONVICTION AFFIRMED; SENTENCE REMANDED.**

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.